IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| CONNIE HEMPHILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | <br><br><br><br><br><br><br><br><br><br>Civil Action No. 5:14-CV-054-C |

## ORDER

In accordance with Federal Rule of Civil Procedure 60(a), the Court **VACATES** the order and judgment entered on April 8, 2015, and enters the following order.

Plaintiff appealed an adverse decision of Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, pursuant to 42 U.S.C. §§ 405(g). The United States Magistrate Judge entered a Report and Recommendation. Neither party has filed written objections.

It is, therefore, **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court, the Commissioner's decision is **REVERSED**, and the case is **REMANDED** for further administrative proceedings.

Dated this 2nd day of June, 2015.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE